```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 08 B 03907
    LASHON CANNON
                                                CHAPTER 13

                                                JUDGE: SUSAN PIERSON SONDERBY

        Debtor
    SSN XXX-XX-3629

--------------------------------------------------------------------------
            TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
    The case was filed on 02/21/2008 and was not confirmed.

    The case was dismissed without confirmation 04/21/2008.
--------------------------------------------------------------------------
CREDITOR NAME            CLASS           CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                          PAID           PAID
--------------------------------------------------------------------------
GE MONEY BANK            UNSECURED            451.94           .00             .00
REGAL TIME RESOLUTIONS   SECURED NOT I           .00           .00             .00
AMERICREDIT FINANCIAL SV NOTICE  ONLY     NOT FILED           .00             .00
FIRST FRANKLIN LOAN SERV NOTICE  ONLY     NOT FILED           .00             .00
INDYMACK BANK            NOTICE  ONLY     NOT FILED           .00             .00
PRO SE DEBTOR            DEBTOR ATTY            .00                            .00
TOM VAUGHN               TRUSTEE                                               .00
DEBTOR REFUND            REFUND                                                .00

    Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                        RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE                      .00

PRIORITY                                                 .00
SECURED                                                  .00
UNSECURED                                                .00
ADMINISTRATIVE                                           .00
TRUSTEE COMPENSATION                                     .00
DEBTOR REFUND                                            .00
                        --------------        --------------
TOTALS                       .00                         .00
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
    Dated: 07/23/08                 _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE